IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

**BRENDA LEA HOPPER, et al.,**
individually and on behalf of
other persons and entities similarly situated,

    *Plaintiffs*,

and

**JUDITH E. ASH-YOUNG,** individually and
on behalf of all other persons and entities
similarly situated,

    *Plaintiff*,

vs.

**JAY-BEE OIL & GAS, INC.,** *et al.*,

    *Defendants*.

Case No. 5:20-cv-101 (Lead)
(Consolidated with 5:20-cv-110)
Hon. Judge John P. Bailey

**PLAINTIFFS' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT, CONDITIONAL CERTIFICATION
OF SETTLEMENT CLASS, AND ENTRY OF SCHEDULING ORDER**

    Plaintiffs Brenda Lea Hopper and Debra Lynn Kurfis, as Executrixes of the Estate of Allen Smith, Richard L. Armstrong, Donald R. Reynolds, and Judith E. Ash-Young, (collectively, "Plaintiffs") by counsel and on behalf of the proposed settlement class, respectfully submits the above-styled motion and requests the following:

    1.    That the Court enter an order preliminarily approving the Parties' proposed Class Settlement and Release Agreements attached hereto as **Exhibits 1 and 2** (the "Settlement Agreements"), which order, *inter alia*, (i) preliminarily approving the Parties' proposed Settlement Agreements; (ii) provisionally certifying the proposed settlement class for settlement purposes only; (iii) appointing Plaintiffs as class representatives and Plaintiffs' counsel as class counsel; (iv)

approving the form, manner, and content of class notice and the procedures for settlement class members to opt out or object; and (iv) approving ILYM Group, Inc. as the settlement administrator;

2. That the Court establish a schedule to complete the tasks necessary to effectuate the proposed settlements; and

3. That the Court stay the action pending final approval of the settlements (except that the stay of proceedings shall not prevent the filing of any motions, declarations, and other filings necessary to obtain and preserve final judicial approval of the Settlement Agreements).

Plaintiffs are authorized to state that Defendants do not oppose this Motion. The grounds for this Motion are set forth in the accompanying Memorandum. Attached to this Motion are the following exhibits and a proposed order:

Exhibit 1: Class Settlement and Release Agreement and Exhibits as to all defendants other than the Defendant Randall J. Broda, the Estate of Randall J. Broda, and/or Peter Sachs, as administrator *ad litem*;

Exhibit 2: Class Settlement and Release Agreement and Exhibits as to Defendant Randall J. Broda, the Estate of Randall J. Broda, and/or Peter Sachs, as administrator *ad litem*;

Exhibit 3: Proposed Preliminary Approval Order; and

Exhibit 4: Resume of E. Bartow Jones.

DATED: May 14, 2024

Respectfully submitted,

*/s/ Jonathan R. Marshall*
Brian R. Swiger (WV Bar No. 5872)
Brian A. Glasser (WV Bar No. 6597)
Jonathan R. Marshall (WV Bar No. 10580)
Victor S. Woods (WV Bar No. 6984)
John A. Budig (WV Bar No. 13594)

Athanasios Basdekis (WV Bar No. 9832)
**BAILEY & GLASSER LLP**
209 Capitol Street
Charleston, WV  25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110
bswiger@baileyglasser.com
bglasser@baileyglasser.com
jmarshall@baileyglasser.com
vwoods@baileyglasser.com
jbudig@baileyglasser.com
tbasdekis@baileyglasser.com

Timothy R. Linkous (WV Bar No. 8572)
Jenny L. Hayhurst (WV Bar No. 11752)
**LINKOUS LAW, PLLC**
10 Cheat Landing, Suite 200
Morgantown, West Virginia 26508
Telephone: (304) 554-2400
Facsimile: (304) 554-2401
tim@linkouslawpllc.com

J. Michael Benninger (WV Bar No. 312)
**BENNINGER LAW, PLLC**
Post Office Box 623
Morgantown, West Virginia 26507
Telephone: (304) 241-1856
Facsimile: (304) 241-1857
mike@benningerlaw.com

Scott A. Windom (WV Bar No. 7812)
**WINDOM LAW OFFICES, PLLC**
101 East Main Street
Harrisville, WV 26362
Telephone: (304) 643-4440
swindom@windomlawoffices.com

William E. Ford III (WV Bar No. 1246)
**FORD LAW OFFICE**
P.O. Box 231
Hobe Sound, Florida 33475
Telephone: (304) 626-3116

*Counsel for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. Notice of this filing will be sent by e-mail to all parties' counsel of record by operation of the Court's electronic filing system, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jonathan R. Marshall*
Jonathan R. Marshall (WVSB #10580)