IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

**BRENDA LEA HOPPER, et al.,**
individually and on behalf of
other persons and entities similarly situated,

*Plaintiffs*,

and

**JUDITH E. ASH-YOUNG,** individually and
on behalf of all other persons and entities
similarly situated,

*Plaintiff*,

vs.

**JAY-BEE OIL & GAS, INC.,** *et al.*,

*Defendants*.

Case No. 5:20-cv-101 (Lead)
(Consolidated with 5:20-cv-110)
Hon. Judge John P. Bailey

## PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS

For the reasons stated in the accompanying memorandum and supported by the exhibits attached hereto, Plaintiffs Brenda Lea Hopper and Debra Lynn Kurfis, as Executrixes of the Estate of Allen Smith, Richard L. Armstrong, Donald R. Reynolds, and Judith E. Ash-Young move the Court for an order granting an award of attorneys' fees of $14,098,498.48, litigation costs of $1,311,389.34, and service awards of $30,000 to each of the named class representatives.

Dated:  September 16, 2024.

Respectfully submitted,

*/s/ Jonathan R. Marshall*
Brian R. Swiger (WV Bar No. 5872)
Brian A. Glasser (WV Bar No. 6597)
Jonathan R. Marshall (WV Bar No. 10580)
Victor S. Woods (WV Bar No. 6984)
John A. Budig (WV Bar No. 13594)
**BAILEY & GLASSER LLP**
209 Capitol Street

Charleston, WV 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110
bswiger@baileyglasser.com
bglasser@baileyglasser.com
jmarshall@baileyglasser.com
vwoods@baileyglasser.com
jbudig@baileyglasser.com

Timothy R. Linkous (WV Bar No. 8572)
Jenny L. Hayhurst (WV Bar No. 11752)
**LINKOUS LAW, PLLC**
10 Cheat Landing, Suite 200
Morgantown, West Virginia 26508
Telephone: (304) 554-2400
Facsimile: (304) 554-2401
tim@linkouslawpllc.com

J. Michael Benninger (WV Bar No. 312)
**BENNINGER LAW, PLLC**
10 Cheat Landing, Suite 100
Morgantown, West Virginia 26508
Telephone: (304) 241-1856
Facsimile: (304) 241-1857
mike@benningerlaw.com

Scott A. Windom (WV Bar No. 7812)
**WINDOM LAW OFFICES, PLLC**
101 East Main Street
Harrisville, WV 26362
Telephone: (304) 643-4440
swindom@windomlawoffices.com

and

William E. Ford III (WV Bar No. 1246)
P.O. Box 231
Hobe Sound, Florida 33475
Telephone: (304) 626-3116
clarksburgwvlawyer@gmail.com

*Counsel for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. Notice of this filing will be sent by e-mail to all parties' counsel of record by operation of the Court's electronic filing system, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jonathan R. Marshall*
Jonathan R. Marshall (WVSB #10580)