AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of West Virginia

| | |
|---|---|
| BRENDA LEA HOPPER, et al.,<br>*Plaintiff*<br>v.<br>JAY-BEE OIL & GAS, INC., et al.,<br>*Defendant* | ) ) ) ) ) )  Civil Action No. 5:20-cv-101(Lead)<br>5:20-cv-110 (con) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ other:   The Court GRANTS final approval of the Settlements Agreements.  The Court dismisses with prejudice this Lawsuit.  The Court approves payment of attorneys' fees to Class Counsel in the requested amount of $14,032,660.71, which is approximately one-third of the combined total of the Settlements, together with out-of-pocket attorneys' costs and expenses incurred in prosecuting the action as requested in Class Counsel's previous filings, which shall be paid from the Settlement Fund. It is expressly directed that this Final Approval Order and separate Judgment be entered as final and appealable, and the case dismissed with prejudice.

This action was *(check one)*:

☒ decided by Judge   John Preston Bailey

Date:   12/12/2024

*CLERK OF COURT*

/s/ A. Greenidge

*Signature of Clerk or Deputy Clerk*