IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**BRENDA LEA HOPPER** and **DEBRA LYNN KURFIS**, Co-Executrixes of Allen E. Smith's Estate,

        Plaintiffs,

v.                      **CIVIL ACTION NO. 5:20-CV-101 (LEAD)**
                      Judge Bailey

**JAY-BEE OIL & GAS, INC., JAY-BEE PRODUCTION COMPANY, JB EXPLORATION I, LLC, JAY-BEE ROYALTY, LLC,** and **RANDALL J. BRODA**,

        Defendants.

and

**JUDITH E. ASH-YOUNG**, individually and on behalf of all other persons and entities similarly situated,

        Plaintiff,

v.                      **CIVIL ACTION NO. 5:20-CV-110**
                      Judge Bailey

**JAY-BEE OIL & GAS, INC., JAY-BEE PRODUCTION COMPANY, JB EXPLORATION I, LLC, JAY-BEE ROYALTY, LLC,** and **RANDALL J. BRODA**,

        Defendants.

## ORDER

On December 12, 2024, this Court held a Final Approval Hearing. After hearing presentation by plaintiffs' counsel, this Court signed and dated the Final Approval Order. *See* [Doc. 631]. Thus, this Court **GRANTS** Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards [**Doc. 613**] and Plaintiff's Unopposed Motion for Final Approval of Settlement [**Doc. 622**]. The other pending Motions [**Docs. 41, 541, 546, 547, 548, 554, 555, 577, & 581**] are **DENIED AS MOOT**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

**DATED**: December 13, 2024.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE